IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PEREZ, | Case No. 1:11-cv-00532 JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |
| vs. | (Doc. 6) |
| MARITZA PEREZ, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 13, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim, but granted Plaintiff thirty days leave to amend to cure the deficiencies in the pleadings to the extent possible. (Doc. 6.) The Court also warned Plaintiff that failure to comply with the Court's order would result in the dismissal of the case. (Id.) The thirty-day period has now expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.

///
///
///
///
///

1      Accordingly, it is **HEREBY ORDERED** that within twenty-one days from the date of service
2 of this order, Plaintiff shall show cause in writing why this action should not be dismissed.  Specifically,
3 if Plaintiff wishes to continue pursuing his claims in this case, he must file an amended complaint in
4 accordance with the Court's April 13, 2011 order.  Otherwise, Plaintiff is advised that this action will
5 be dismissed with prejudice.

7 IT IS SO ORDERED.

8 Dated:   **May 20, 2011**                                                  **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE